UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GREGORY BRYCE NEAL, SR | : | CASE NUMBER A17-67187-CRM |
| DEBTOR | : | |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on December 19, 2017:**

As to whether Debtor's plan payments are current

As to whether Debtor provided proof of mortgage payments

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor has failed to provide proof of mortgage payments

*Please enter an Order of Dismissal*

This the 5th day of January, 2018.

                      ___/s/_____
                      Julie M. Anania, Attorney for Chapter 13 Trustee
                      GA Bar Number 477064
                      303 Peachtree Center Ave., NE
                      Suite 120
                      Atlanta, GA  30303
/mam                (678) 992-1201

## CERTIFICATE OF SERVICE

Case No:  A17-67187-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
GREGORY BRYCE NEAL, SR
370 COURTNEY LANE
LOCUST GROVE, GA  30248

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SAEDI LAW GROUP, LLC
saedilawecfmail@gmail.com

This the 5th day of January, 2018.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201